## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 2, 2007*

[Cite as *08/02/2007 Case Announcements*, 2007-Ohio-3935.]

## MOTION AND PROCEDURAL RULINGS

2007–1310.   **In re Steele.**
Cuyahoga App. No. 89494. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is denied.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., dissent.